UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-2560 (CKK) |

**JOINT STATUS REPORT**

Defendant the Department of Defense (the "Department"), and Plaintiff David Brown ("Plaintiff" and, together with the Department, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's December 4, 2020 Minute Order.

This litigation arises from a series of Freedom of Information Act ("FOIA") seeking records related to employee appeals before the Department's Office of Hearings and Appeals. In the last status report, the Department reported that it was conferring with Plaintiff to find responses that would satisfy the FOIA requests. On January 21, 2021, Plaintiff informed Defendant's counsel that since Defendant changed the policy at the heart of Plaintiff's requests in mid-January, the pool of requested documents is now significantly narrowed. Plaintiff has proposed a smaller subset of records concerning specific information for a two year period that Defendant could produce and that would satisfy the requests. Defendant is currently evaluating Plaintiff's proposal and gave a partial response on February 4, 2021. The Parties will continue to confer on Defendant's response as Defendant finalizes responses from any outstanding branches.

The Parties respectfully request that they be allowed to file a Joint Status Report in ninety (90) days to further apprise the Court of their progress in this matter.

Date: February 4, 2021

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/*Kristin D. Brudy-Everett*
KRISTIN D. BRUDY-EVERETT
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-2536
Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendant*

*/s/ Kelly Brian McClanahan*
KELLY BRIAN MCCLANAHAN
D.C. Bar # 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

*Counsel for Plaintiff*