UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID BROWN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 20-2560 (CKK) |
| DEPARTMENT OF DEFENSE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Defendant the Department of Defense (the "Department"), and Plaintiff David Brown ("Plaintiff" and, together with the Department, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's February 5, 2021 Minute Order.

This litigation arises from a series of Freedom of Information Act ("FOIA") seeking records related to employee appeals before the Department's Office of Hearings and Appeals.

Since the parties' January 22, 2022, report, the parties have been able to confer internally and with one another and have the following update to make:

- On November 24, 2021, Defendant produced all responsive records from the Washington Headquarters Service (WHS).

- Only the Air Force continues to process records, which it believes will be concluded within the next 60 days.

As such, the parties seek permission to file their next Joint Status Report by April 12, 2022, a date chosen to give sufficient time both for processing and releases to have been completed, for Plaintiff to have reviewed the releases, and the parties to meet and confer about plans for bring the litigation to a conclusion.


Date: January 24, 2021

/s/ Kelly Brian McClanahan
KELLY B. MCCLANAHAN, D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

s/ *John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
United States Attorney's Office – Civil Division
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2518
E-mail: john.moustakas@usdoj.gov

*Counsel for Defendant*