UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE, )<br>)<br>Defendant. )<br>) | Civ. A. No. 20-2560 (CKK) |

**JOINT STATUS REPORT**

Defendant the Department of Defense (the "Department"), and Plaintiff David Brown ("Plaintiff" and, together with the Department, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's April 26, 2022, Minute Order.

This litigation arises from a series of Freedom of Information Act ("FOIA") seeking records related to employee appeals before the Department's Office of Hearings and Appeals. Defendant states that all responsive, non-exempt records have been released to Plaintiff, who is continuing to review them to determine his satisfaction with the Department's fulfillment of its obligations under the FOIA. Once Plaintiff has completed his review, the Parties will meet and confer as to next steps: a voluntary dismissal, negotiations over the scope and nature of the searches and/or processing, or submission of a briefing schedule.

As such, the parties seek permission to file their next Joint Status Report by June 28, 2022.

| | |
|---|---|
| Date: April 29, 2022 | Respectfully submitted, |

/s/ Kelly Brian McClanahan
KELLY B. MCCLANAHAN, D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

s/ *John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
United States Attorney's Office – Civil Division
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2518
E-mail: john.moustakas@usdoj.gov

*Counsel for Defendant*

2