UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CLOLUMBIA

|  |  |
|---|---|
| DAVID BROWN,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civ. A. No. 20-2560 (CKK)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO LATE JOINT STATUS REPORT

Pursuant to Federal Rules of Civil Procedure 7(b), Defendant the Department of Defense (the "Department"), and Plaintiff David Brown ("Plaintiff"), by and through undersigned counsel, respectfully submit this motion for leave to late file their June 28, 2022 Joint Status Report.

The parties had met and conferred over the state of the production in an effort to the resolve the matter without a further multiplication of the proceedings. Though successful in those negotiations, the matter of documenting the resolution regrettably fell through the cracks owing to the press of business on the busy dockets of both counsel.

A copy of the Joint Status Report is attached.

Date: July 1, 2022

/s/ Kelly Brian McClanahan
KELLY B. MCCLANAHAN, D.C. Bar #984704
National Security Counsels 4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

s/ *John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
United States Attorney's Office
601 D St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2518
E-mail: john.moustakas@usdoj.gov

*Counsel for Defendant*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CLOLUMBIA

| | |
|---|---|
| DAVID BROWN,          )<br>    Plaintiff,   )<br>         )<br>v.                           )<br>         )<br>DEPARTMENT OF DEFENSE, )<br>    Defendant.   )<br>         ) | Civ. A. No. 20-2560 (CKK) |

Pursuant to the Court's April 26, 2022, Minute Order, Defendant, Department of Defense (the "Department"), and Plaintiff David Brown ("Plaintiff") respectfully submit this motion for leave to late file their June 28, 2022 Joint Status Report.

The parties are pleased to report that, after meeting and conferring, Plaintiff is satisfied with the Department's response to his FOIA request. All that remains is for a resolution of the issue of Plaintiff's attorney's fees. Plaintiff shall prepare a demand and provide a copy of his lawyer's billing records to the Department and the parties will do their best to resolve the issue without the need for court involvement.

The parties will provide their next report by no later than August 29, 2022, unless the matter is dismissed prior thereto.

Date: July 1, 2022

/s/ Kelly Brian McClanahan
KELLY B. MCCLANAHAN, D.C. Bar #984704
National Security Counselors4702
Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ *John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
United States Attorney's Office
601 D St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2518

*Counsel for Defendant*