UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID BROWN,<br>                Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br>                Defendant. | )<br>)<br>)<br>)<br>)   Civ. A. No. 20-2560 (CKK)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiff David Brown ("Plaintiff") and Defendant the Department of Defense (the "Department"), by and through undersigned counsel, respectfully submit this Joint Status Report as they previously promised to do. *See* ECF No. 17.

As previously indicated, the parties successfully negotiated a resolution of the matter without the need for a further multiplication of the proceedings. Plaintiff is still working on preparing his application for attorney's fees – the only outstanding matter in the case. The parties propose to file their next report on January 26, 2022, should the matter not be resolved before that date.

Date: October 28, 2022

/s/ Kelly Brian McClanahan
KELLY B. MCCLANAHAN, D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

s/ *John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
United States Attorney's Office
601 D St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2518
E-mail: john.moustakas@usdoj.gov

*Counsel for Defendant*