UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN,<br>                Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br>                Defendant. | Civ. A. No. 20-2560 (CKK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter, over which the Court retains jurisdiction for the limited purpose recognized in *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 382 (1994).

Dated: April 22, 2023

BY PERMISSION

*/s/ Kelly Brian McClanahan*
KELLY B. MCCLANAHAN, D.C. Bar #984704
National Security Counselors
 4702 Levada Terrace
Rockville, MD 20853
(301) 728-5908
kel@nationalsecuritylaw.org

*Attorney for the Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ John Moustakas*
John Moustakas, D.C. Bar # 442076
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Attorneys for the United States of America*