# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BROWN,<br>    Plaintiff,<br>v.<br>DEPARTMENT OF DEFENSE,<br>    Defendant. | Civil Action No. 20-2560 (CKK) |

## ORDER
(April 24, 2023)

In light of the parties' [22] Stipulation Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 24th day of April, 2023, hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge